# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 18 CV 8408

Date Filed: 9/17/2018

Plaintiff:
SSI (BEIJING) COMPANY LTD.

vs.

Defendant:
PROSPER BUSINESS DEVELOPMENT CORPORATION,

For:
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019

Received by Target Research & Investigation on the 24th day of September, 2018 at 9:45 am to be served on **Prosper Business Development Corporation, 400 W. Wilson Bridge Road, Suite 200, Worthington, OH 43085.**

I, Tina L. Schroeder, being duly sworn, depose and say that on the **9th day of October, 2018 at 12:11 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons In A Civil Action; Petition To Stay Arbitration; Civil Cover Sheet; Rule 7.1 Disclosure Statement of Plaintiff SSI (Beijing) Company Ltd.; Individual Practices of Judge Debroah A. Batts;** with the date and hour of service endorsed thereon by me, to: **Mary Bailey** as **Customer Service Representative/Authorized Agent** at the address of: **c/o Ohio Secretary of State, 180 E. Broad Street, Columbus, OH 43215** on behalf of **Prosper Business Development Corporation**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
10/9/2018  12:11 pm  The server served 4 full sets of the legal documents upon Prosper Business Development Corporation c/o Ohio Secretary of State.  An Affidavit of Due Diligence including all previous attempts was included as well as the required $5.00 filing fee was  paid to The Ohio Secretary of State.

Description of Person Served: Age: 40s, Sex: F, Race/Skin Color: W, Height: 5-07, Weight: 155, Hair: BLO, Glasses: Y

Being duly sworn, I dispose and say that on the above date and time served the above legal documents in the above matter at the above location in accordance with state statues.  I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which the service was made.

MARK T. SHARNSKY
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
August 26, 2023

Subscribed and Sworn to before me on the 17th day of Oct., 2018 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Tina L. Schroeder
Process Server

Target Research & Investigation
233 Broadway, Suite 2065
New York, NY 10279
(212) 227-9600

Our Job Serial Number: ICI-2018010486
Ref: WILLK

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p