UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of Arbitration<br><br>- between --<br><br>SSI (BEIJING) COMPANY LTD.,<br><br>Petitioner,<br><br>-and-<br><br>PROSPER BUSINESS DEVELOPMENT CORPORATION,<br><br>Respondent. | CASE NO.: 1:18-cv-8408-DAB<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Damion M. Clifford, for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

Damion M. Clifford has declared that he is a member in good standing of the bar of the State of Ohio.  He is also admitted to practice before the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States Court of Appeals for the Sixth Circuit, and the United States Tax Court.  His contact information is as follows:

> Damion M. Clifford, Esq.
> James E. Arnold & Associates, LPA
> 115 W. Main St., 4th Floor
> Columbus, Ohio  43215
> Phone:  (614) 460-1600
> Email:  dclifford@arnlaw.com

Damion M. Clifford having requested admission Pro Hac Vice to appear for all purposes as counsel for Respondent PROSPER BUSINESS DEVELOPMENT CORPORATION in the above-captioned action;

1

**IT IS HEREBY ORDERED** that Damion M. Clifford is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 25, 2018

_Deborah A. Batts_
The Hon. Deborah A. Batts, U.S.D.J.

2