UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of Arbitration<br><br>- between –<br><br>SSI (BEIJING) COMPANY LTD.,<br><br>Petitioner,<br><br>-and-<br><br>PROSPER BUSINESS DEVELOPMENT CORPORATION,<br><br>Respondent. | CASE NO.: 1:18-cv-8408-DAB<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of James E. Arnold, for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

James E. Arnold has declared that he is a member in good standing of the bar of the State of Ohio and is admitted to practice before the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States District Court for the Central District of Illinois, the United States Court of Appeals for the Sixth Circuit, the United States Tax Court, and the United States Supreme Court.  His contact information is as follows:

James E. Arnold, Esq.
James E. Arnold & Associates, LPA
115 W. Main St., 4th Floor
Columbus, Ohio  43215
Phone:  (614) 460-1600
Email:  jarnold@arnlaw.com

James E. Arnold having requested admission Pro Hac Vice to appear for all purposes as counsel for Respondent PROSPER BUSINESS DEVELOPMENT CORPORATION in the above-captioned action;

1

**IT IS HEREBY ORDERED** that James E. Arnold is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 25, 2018

*Deborah A. Batts*
The Hon. Deborah A. Batts, U.S.D.J.