UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of Arbitration<br><br>- between –<br><br>SSI (BEIJING) COMPANY LTD.,<br><br>                         Petitioner,<br><br>-and-<br><br>PROSPER BUSINESS DEVELOPMENT CORPORATION,<br><br>                         Respondent. | CASE NO.: 1:18-cv-8408-DAB<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

       The motion of Gerhardt A. Gosnell II, for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

       Gerhardt A. Gosnell II has declared that he is a member in good standing of the bar of the State of Ohio and is admitted to practice before the United States District Courts for the Southern District of Ohio and Northern District of Ohio. His contact information is as follows:

                        Gerhardt A. Gosnell II, Esq.
                       James E. Arnold & Associates, LPA
                       115 W. Main St., 4th Floor
                       Columbus, Ohio 43215
                       Phone: (614) 460-1600
                       Email: ggosnell@arnlaw.com

       Gerhardt A. Gosnell II having requested admission Pro Hac Vice to appear for all purposes as counsel for Respondent PROSPER BUSINESS DEVELOPMENT CORPORATION in the above-captioned action;

**IT IS HEREBY ORDERED** that Gerhardt A. Gosnell II is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 25, 2018

_Deborah A. Batts_
The Hon. Deborah A. Batts, U.S.D.J.