```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
SSI (Beijing) Company LTD.
                     Plaintiff(s),
                                              18 Civ. 8408(DAB)
                                              NOTICE OF INITIAL
                                                 CONFERENCE

        v.

 Prosper Business Development Corporation
                     Defendant(s),
-----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

Counsel for all parties are directed to appear for an initial pre-trial conference in accordance with Federal Rule of Civil Procedure 16 on Thursday, January 31, 2019 at 10:30 am in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

Counsel are directed to familiarize themselves with the Southern District of New York Local Rules and Electronic Court Filing Rules and Instructions, and this Court's Individual Rules of Practice. Pursuant to the Individual Rules, two courtesy copies of all pleadings must be submitted to Chambers.

SO ORDERED.

Dated:   New York, New York
         November 29, 2018

_____
Deborah A. Batts
United States District Judge