UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In the matter of the Arbitration                        :
                                                        :
    -between-                           :
                                                        :
SSI (BEIJING) COMPANY LTD.,                             :
                                                        :   Civil Action No. 1:18-cv-8408-DAB
                    Petitioner, :
                                                        :
    -and-                                  :
                                                        :
PROSPER BUSINESS DEVELOPMENT                            :
CORPORATION,                                            :
                                                        :
                    Respondent. :
------------------------------------------------------- x

## **RESPONDENT AND COUNTERCLAIMANT PROSPER BUSINESS DEVELOPMENT CORPORATION'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS AND TO COMPEL ARBITRATION**

TO ALL COUNSEL OF RECORD:

      PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 12(c) and 9 U.S.C. § 206, and upon its Memorandum of Law in Support of Motion for Judgment on the Pleadings and to Compel Arbitration, Respondent and Counterclaimant Prosper Business Development Corporation ("Prosper") hereby moves this Court for judgment on the pleadings and to compel arbitration of Prosper's breach of contract claims that are the underlying subject matter of this litigation. Based upon the allegations and admissions set forth in the parties' pleadings, and the governing law, Prosper's breach of contract claim must be resolved through binding arbitration. Prosper therefore seeks an order in its favor: (a) denying Petitioner SSI (Beijing) Company Ltd.'s ("SSI-Beijing") Petition to Stay Arbitration, and; (b) granting Prosper's Counterclaim to Compel Arbitration.

Dated: December 18, 2018

/s/ Peter A. Halprin
Jeffrey E. Glen
Peter A. Halprin
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 278-1000
jglen@andersonkill.com
phalprin@andersonkill.com

James E. Arnold (admitted pro hac vice)
Gerhardt A. Gosnell II (admitted pro hac vice)
Damion M. Clifford (admitted pro hac vice)
JAMES E. ARNOLD & ASSOCIATES, LPA
115 W. Main St., 4th Floor
Columbus, Ohio 43215
Phone: (614) 460-1600
jarnold@arnlaw.com
ggosnell@arnlaw.com
dclifford@arnlaw.com

*Attorneys for Respondent Prosper Business Development Corporation*