UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
In the matter of the Arbitration                          :
                                                                             :
        -between-                                    :
                                                                             :
SSI (BEIJING) COMPANY LTD.,             :
                                                                             :     1:18-cv-8408-DAB
            Petitioner,                                 :
                                                                            :     **NOTICE OF CROSS-MOTION**
        -and-                                           :     **TO STAY ARBITRATION**
                                                                             :
PROSPER BUSINESS DEVELOPMENT   :
CORPORATION,                                       :
                                                                             :
           Respondent.                              :
----------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Liyu Jin, executed on January 30, 2019, and the exhibits attached thereto, and upon the accompanying Memorandum of Law, the undersigned attorneys for Petitioner SSI (Beijing) Company Ltd. shall move before the Honorable Deborah A. Batts, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order granting Petitioner's cross-motion to stay arbitration.

Dated:  New York, New York         **WILLKIE FARR & GALLAGHER LLP**
            January 30, 2019


                                        By:   /s/ Mary Eaton

                                        Mary Eaton
                                        Maxwell A. Bryer
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        (212) 728-8000
                                        meaton@willkie.com

                                        *Attorneys for Petitioner SSI (Beijing) Company Ltd.*

TO:

ANDERSON KILL P.C.

Jeffrey E. Glen
Peter A. Halprin
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
jglen@andersonkill.com
phalprin@andersonkill.com


JAMES E. ARNOLD & ASSOCIATES, LPA

James E. Arnold (admitted *pro hac vice*)
Gerhardt A. Gosnell II (admitted *pro hac vice*)
Damion M. Clifford (admitted *pro hac vice*)
115 W. Main St., 4th Floor
Columbus, Ohio 43215
Telephone: (614) 460-1600
jarnold@arnlaw.com
ggosnell@arnlaw.com
dclifford@arnlaw.com

*Attorneys for Respondent Prosper Business Development Corporation*