# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jeffrey E. Glen, Esq.
jglen@andersonkill.com
212-278-1009

July 22, 2019

*Via ECF*

The Honorable Judge Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
Courtroom 24B
New York, NY  10007-1312

Re: *SSI (Beijing) Company Ltd. v.*
*Prosper Business Development Corporation*
Case No. 18-cv-08408 (DAB)

Dear Judge Batts:

We represent Respondent Prosper Business Development Corporation ("Prosper") in the above-referenced action and write to respectfully request leave of Court to withdraw Peter A. Halprin, Esq., from this matter as counsel.  As of August 1, 2019, Mr. Halprin will no longer be affiliated with Anderson Kill P.C.

I, along with James E. Arnold & Associates, LPA, remain as counsel to Prosper.

Accordingly, I respectfully request to withdraw Mr. Halprin as counsel in this action and that the official court docket and CM/ECF distribution be amended to reflect this change removing phalprin@andersonkill.com from electronic notification in this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jeffrey E. Glen

SO ORDERED

*Deborah A. Batts* 7/25/19
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100162844.1