UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In the matter of Arbitration

- between –

SSI (BEIJING) COMPANY LTD.,

                Petitioner,

   -and-

PROSPER BUSINESS DEVELOPMENT CORPORATION,

                Respondent.

CASE NO.: 1:18-cv-8408-DAB

## APPEARANCE OF COUNSEL

To:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: PROSPER BUSINESS DEVELOPMENT CORPORATION.

Dated:   New York, New York
          August 15, 2019

                          ANDERSON KILL P.C.

                          By:   /s/ Stephen Wah
                                Stephen Wah, Esq.

                                ANDERSON KILL P.C.
                                1251 Avenue of the Americas
                                New York, New York 10020
                                swah@andersonkill.com
                                Telephone:  (212) 278-1000
                                Fax:  (212) 278-1733
                                *Attorneys for Respondent*
                                PROSPER BUSINESS DEVELOPMENT CORPORATION