UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SSI (BEIJING) COMPANY LTD.,

Petitioner,

-against-

PROSPER BUSINESS DEVELOPMENT CORPORATION,

Respondent.

18-CV-8408 (DAB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By order dated November 14, 2019 (Dkt. No. 33), the above-referenced action was referred to Magistrate Judge Barbara Moses for report and recommendation on the motions at Dkt. Nos. 19 and 23. The Court notes that this action was brought by petitioner SSI (Beijing) Company Ltd. against respondent Prosper Business Development Corporation on September 14, 2018, to enjoin an arbitration between the parties which was "purported to commence on or about June 11, 2018 and/or September 4, 2018." Pet. (Dkt. No. 1) at 7. The parties filed their motions to compel and to stay that arbitration on December 18, 2018, and January 30, 2019, respectively.

The record does not disclose whether the disputed arbitration actually commenced, where or how far it proceeded, or whether the parties have reached any accommodation or resolution regarding the arbitration or their underlying dispute. No later than **December 9, 2019**, the parties shall file a joint letter updating the Court on those topics.

Dated: New York, New York
November 25, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**